```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FIRST ON FIRST DELI.,

                              Plaintiffs,                            21-CV-6965 (ALC) (KHP)

     -against-                           **INITIAL CASE MANAGEMENT**
                                                                   **CONFERENCE CONVERSION**
UNITED STATES OF AMERICA,                                 **ORDER**

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Thursday, January 13, 2021, at 10:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:     New York, New York
                December 22, 2021

                                                *(signature)*
                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge